UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　Debtor, | NO:  CV-12-437-RMP<br><br>Bankr. Case No. 09-06194-PCW11 |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DAVID WARES, et al,<br><br>　　　　　　　　Defendants. | Adv. Proc. No. 11-80163-PCW11<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION RE PARTIAL SUMMARY JUDGMENT |

　　　Before the Court is a Report and Recommendation from the Bankruptcy Court.  ECF No. 33.  The Court has reviewed the relevant filings and is fully informed.

ORDER ADOPTING REPORT AND RECOMMENDATION RE PARTIAL SUMMARY JUDGMENT ~ 1

The Bankruptcy Court recommends granting Plaintiff's Motion for Partial Summary Judgment, Bankr. Adv. No. 11-80163, ECF No. 36. Plaintiff asks for partial summary judgment concluding that Defendants invested $161,232.60 and received $171,473.47. Bankr. Adv. No. 11-80163, ECF No. 36 at 2. Defendants never responded to Plaintiff's requests for admission which asserted those amounts. *See* Bankr. Adv. No. 11-80163, ECF No. 37 at 4. *See also* Fed. R. Civ. P. 6(a)(3) ("A matter is admitted unless, within 30 days after being served, the party to whom the request is directed serves on the requesting party a written answer or objection . . . .").

Defendants did not respond to the motion for partial summary judgment or attend a status conference on the motion in August 2013. *See* ECF No. 33 at 2. Nor have Defendants objected in this Court to the Report and Recommendation. Accordingly, **IT IS HEREBY ORDERED** that the Report and Recommendation, **ECF No. 33**, is **ADOPTED**.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel and to any pro se defendants.

**DATED** this 5th day of March 2014.

> *s/ Rosanna Malouf Peterson*
> ROSANNA MALOUF PETERSON
> Chief United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION RE PARTIAL SUMMARY JUDGMENT ~ 2