1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    EASTERN DISTRICT OF WASHINGTON

7    In Re:

8    LLS AMERICA, LLC,                    NO:  2:12-CV-437-RMP

9                          Debtor,          Bankr. Case No. 09-06194-PCW11

10   BRUCE P. KRIEGMAN, solely in his        Adv. Proc. No. 11-80163-PCW11
     capacity as court-appointed Chapter 11
11   Trustee for LLS America, LLC,         ORDER GRANTING MOTION TO
                                           CONSOLIDATE WITH CASE NO.
12                          Plaintiff,      2:12-CV-668-RMP

13   v.

14   DAVID WARES and LISA WARES,

15                          Defendants.

16

17        **BEFORE THE COURT** is Plaintiff's Motion to Consolidate this case with

18   Case No. 2:12-CV-668-RMP, ECF No. 30.   No objections have been filed.  The

19   Court has reviewed the motion and file and records therein and finds that there are

20   common issues of law and similar facts in both cases that warrant consolidation.

ORDER GRANTING MOTION TO CONSOLIDATE WITH CASE NO. 2:12-
CV-668-RMP ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1.  Plaintiff's Motion to Consolidate, **ECF No. 30**, is **GRANTED**.

2.  This case is hereby consolidated with **Case No. 2:12-CV-668-RMP** for trial purposes only.

The District Court Clerk is directed to enter this Order, to consolidate this case with Case No. **12:12-CV-668-RMP**, to provide copies of this Order to counsel and to any pro se defendants, and **CLOSE** case number 2:12-CV-437-RMP.

**DATED** this 5th day of March 2014.


_____*s/ Rosanna Malouf Peterson*_____
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER GRANTING MOTION TO CONSOLIDATE WITH CASE NO. 2:12-CV-668-RMP ~ 2